CASE NO. CRB-09-061-04
INSTRUMENT NO. _____

USA vs. Mark Machado

United States District Court
Southern District of Texas
FILED

APR 9 2009

Michael N. Milby
Clerk of Court

# SEALED RECORD

DESCRIPTION OF CONTENTS: Plea Agreement filed 4/9/09

SEALED BY ORDER OF THE COURT