PS 40  (Rev. 09/10) Notice Regarding United States Passport for Criminal Defendant

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

| TO: | United States Department of State<br>Office of Passport Services<br>Legal Affairs Division<br>2100 Pennsylvania Avenue, NW, 3rd Floor<br>Washington, DC 20037 | FROM: | United States District Clerk<br>David J. Bradley, Clerk of Court<br>600 E. Harison, RM #101<br>Brownsville, Texas 78520 |
|---|---|---|---|

☐ **Original Notice**
Date: _____
By: _____

☒ **Notice of Disposition**
Date: 01/11/2011
By: Dahlila Ahumada,, Deputy Clerk

---

Defendant:   Mark George Machado                Case Number:   1:09CR61-004
Date of Birth:   1956                           Place of Birth:   Oakland, California
SSN:   xxx-xx-3042

---

**Notice of Court Order** (Order Date:   01/27/2009   )

☐ The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

☒ The above-named defendant surrendered passport number   432645871   and/or passport card number   _____   to the custody of the U.S. District Court on   01/28/2009   .

---

**NOTICE OF DISPOSITION**

The above case has been disposed of.

☐ The above order of the court is no longer in effect.

☐ Defendant not convicted – Document returned to defendant.

☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☒ Defendant convicted – Document and copy of judgment enclosed.

---

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court